THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WOOD, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted November 12, 1940; decided November 19, 1940.

*William Wood,* in person, for motion.

No one opposed.

Motion denied on the ground that it does not appear that there has been any determination by the Appellate Division.